DANIEL G. O'DONNELL, Esq. (SBN 155092)
Law Offices of
CLANCEY, DOYLE & O'DONNELL
901 F Street Suite 120
Sacramento, CA 95814
Telephone: 916/922-9301
Fax: 916/922-0418

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOLOI FOLOI, JR., | CASE NO.: 3:09-CV-00005-DMS |
| Plaintiff, | PLAINTIFF'S REQUEST TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2) |
| v. | |
| UNITED STATES OF AMERICA, et al., | IN ADMIRABILITY |
| Defendants. | |
| _____/ | Trial Date: September 22, 2010<br>Courtroom: 5 |
| | HONORABLE DEBORAH M. SMITH PRESIDING |

PLAINTIFF FOLOI FOLOI, JR. hereby requests that his claims against

DEFENDANT UNITED STATES OF AMERICA be dismissed with prejudice. The

parties are to bear their own costs and attorney fees.

Dated: August 30, 2010

_____/s/ Daniel G. O'Donnell_____
DANIEL G. O'DONNELL, ESQ.
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:_____

_____
HONORABLE DEBORAH M. SMITH

Law Offices of
CLANCEY, DOYLE
& O'DONNELL
901 F Street, Suite
120
Sacramento, CA
95814
Tel: (916) 922-9301
Plaintiff's Request To Dismiss

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2010 a copy of the foregoing PLAINTIFF'S REQUEST TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2) was served by first-class mail, postage prepaid, on:

Eric Kaufman-Cohen, Esq.
U.S. Department of Justice
7-5395 Federal Building
P. O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102

John Anderson, Esq.
State Compensation Insurance Fund
P. O. Box 659000
Sacramento, CA 95865

Marcus V. Jackson, Esq.
State Compensation Insurance Fund
1275 Market Street, Third Floor
San Francisco, CA 94103

/s/Cynthia Sams
CYNTHIA SAMS

Law Offices of
CLANCEY, DOYLE
& O'DONNELL
901 F Street, Suite
120
Sacramento, CA
95814
Tel: (916) 922-9301